UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DASH,

                Plaintiff,

      -against-

UNIVERSITY SPORTS,

                Defendant.

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ MAR 07 2005 ★

LONG ISLAND OFFICE

ORDER OF DISCONTINUANCE

CV  03-0585
WEXLER, J.

        The parties having reported to the Court that the above action has been settled, it is

        ORDERED, that this action is hereby discontinued without costs and without prejudice.[1]

SO ORDERED:

Dated: Central Islip, New York
       March 7, 2005

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

---

[1] Pending submission of final Stipulation and Order.